

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,696-01

### EX PARTE PAVEL REYES FLORES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2021-08-10370-CR IN THE 25TH DISTRICT COURT LAVACA COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of one count of the unlawful use of a criminal instrument and one count of the fraudulent use of possession of identifying information and sentenced to seven and twenty years' imprisonment respectively. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that was denied his right to an appeal because counsel failed to timely file a notice of appeal. Applicant pleaded guilty without an agreed punishment recommendation. While he would not have the right to appeal his guilty plea, he would have the right to appeal the sentence. It appears that Applicant was not given accurate information to pursue a timely appeal of

his sentence.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of the conviction in cause number 2021-08-10370-CR from the 25th District Court of Lavaca County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 17, 2025
Do not publish